IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United States of America | ) | Criminal No.: 7:21-CR-408 |
| | ) | |
| v. | ) | **NOTICE OF REQUEST FOR** |
| | ) | **PROTECTION FROM COURT** |
| | ) | **APPEARANCE** |
| | ) | |
| Britney Sheppard Campbell, | ) | |
| | ) | |
| Defendant. | ) | |

Margaret A. Chamberlain, attorney for Defendant, Britney Sheppard Campbell, respectfully requests protection from court appearances from November 20 – 27, 2023.

Respectfully submitted,

*s/ Margaret A. Chamberlain*
Margaret A. Chamberlain (Federal # 6332)
CHAMBERLAIN LAW FIRM, LLC
600 Pettigru Street
Greenville, South Carolina 29601
Telephone:   (864) 250-0505
Facsimile:   (864) 271-8097
ATTORNEY FOR DEFENDANT
BRITNEY SHEPPARD CAMPBELL

Greenville, South Carolina
September 6, 2023